

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2021

No. 04-20-00243-CV

**THE LAW OFFICE OF DENNIS HUNSBERGER PLLC**,
Appellant

v.

**PHYSICIAN LIFE CARE PLANNING, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04283
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's Motion for Extension of Time to File Motion for Rehearing and En Banc Reconsideration is hereby granted. Time is extended until August 20, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court